CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Rola HAMANDI
_____
     Plaintiff(s)

Civil Action No. 07-2153 ESH

vs.

Michael CHERTOFF et al
_____
     Defendant(s)

## AFFIDAVIT OF MAILING

I, J. Michael Springmann _____, hereby state that:

On the 29th _____ day of November _____, 2007 _____, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

Attorney General of the U.S.; 950 Penna. Ave. N.W.; Washington, D.C. 20530

I have received the receipt for the certified mail, No. 7004-2510-0004-8751-6965 _____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 4th _____ day of December _____, 2007 ___.

I declare under penalty of perjury that the foregoing is true and correct.

12/12/2007
_____
(Date)

_____
(Signature)



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage $ | $1.48 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $6.28 |

Postmark Here

CHEVY CHASE MD 20815
NOV 29 2007
USPS
11/30/2007

Sent To  U.S. Attorney General

Street, Apt. No.; or PO Box No.  950 Pa. Ave. N.W.

City, State, ZIP+4  Wash. D.C. 20530

PS Form 3800, June 2002                    See Reverse for Instructions

7004 2510 0004 8751 6965

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

```
US Attorney General
950 Pa. Ave. N.W.
Wash. D.C. 20530
```

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Samuel L. Parkin_    ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)        C. Date of Delivery

DEC 0 4 2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)    7004-2510-0004-8751-6965

PS Form 3811, February 2004        Domestic Return Receipt                102595-02-M-1540