CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Rola HAMANDI
_____
Plaintiff(s)

vs.

Civil Action No. 07-2153 ESH

Michael CHERTOFF et al
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, J. Michael Springmann, hereby state that:

On the 29th day of November, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Robert S. Mueller III, Director; FBI; 935 Penna. Ave. N.W.; Washington, D.C. 20525

I have received the receipt for the certified mail, No. 7007-1490-0002-9598-1297 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 4th day of December, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

12/12/2007
(Date)

_____
(Signature)





Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0002 9598 1297**
Status: **Delivered**

Your item was delivered at 3:15 AM on December 4, 2007 in WASHINGTON, DC 20535.

*Additional Details >*     *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.     Go >

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**     No FEAR Act EEO Data     FOIA