CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Rola HAMANDI
_____
   Plaintiff(s)

Civil Action No. 07-2153 ESH

vs.

Michael CHERTOFF et al
_____
   Defendant(s)

## AFFIDAVIT OF MAILING

I, J. Michael Springmann _____, hereby state that:

On the 29th day of November, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Emilio Gonzalez, Director; U.S. Citizenship & Immigration Services; 20 Massachusetts Ave. N.W.; Washington, D.C. 20529

I have received the receipt for the certified mail, No. 7007-1490-0002-9598-1280 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 4th day of December, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

12/12/2007
_____
(Date)

_____
(Signature)



| COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| plete items 1, 2, and 3. Also complete 4 if Restricted Delivery is desired.<br>t your name and address on the reverse that we can return the card to you.<br>tach this card to the back of the mailpiece, on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  DHS     C. Date of Delivery  12-4-07 |
| rticle Addressed to:<br>Emilio T. Gonzalez, Dir.<br>USCIS<br>20 Mass. Ave. N.W.<br>Wash. D.C. 20529 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |

2. Article Number
(Transfer from service label)   7007-1490-0002-9598-1280

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540