CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Rola HAMANDI
_____
     Plaintiff(s)

                                        Civil Action No. 07-2153 ESH

vs.

Michael CHERTOFF et al
_____
     Defendant(s)

## AFFIDAVIT OF MAILING

I, J. Michael Springmann _____, hereby state that:

On the 29th day of November, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Michael Chertoff, Secretary; Department of Homeland Security; 425 Murray Drive; Building 410; Washington, D.C. 20528

I have received the receipt for the certified mail, No. 7007-1490-0002-9598-1273 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 3rd day of December, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

12/12/2007
_____
(Date)

_____
(Signature)




**UNITED STATES
POSTAL SERVICE**⊛

Home | Help | Sign In

Track & Confirm       FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0002 9598 1273**
Status: **Delivered**

Your item was delivered at 11:27 AM on December 3, 2007 in
WASHINGTON, DC 20528.

*Additional Details >*    *Return to USPS.com Home >*

### Track & Confirm

Enter Label/Receipt Number.

*Go >*

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  *Go >*

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA