CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Rola HAMANDI

    Plaintiff(s)

Civil Action No. 07-2153 ESH

    vs.

Michael CHERTOFF et al

    Defendant(s)

## AFFIDAVIT OF MAILING

I, J. Michael Springmann , hereby state that:

On the 29th day of November , 2007 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

## U.S. Attorney for D.C.; 501 3rd St. N.W.; Washington, D.C. 20001

I have received the receipt for the certified mail, No. 7007-1490-0002-9598-1303 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 11th day of December , 2007 .

I declare under penalty of perjury that the foregoing is true and correct.

12/12/2007
    (Date)

    (Signature)



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ $1.48 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.28 |

Sent To US Attorney for DC
Street, Apt. No.; or PO Box No. 501 3rd St. N.W.
City, State, ZIP+4 Wash. D.C. 20001

PS Form 3800, August 2006          See Reverse for Instructions

7007 1490 0002 9598 1303



**UNITED STATES**
**POSTAL SERVICE** ®

Home | Help | Sign In

**Track & Confirm**      **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0002 9598 1303**
Detailed Results:

- **Delivered, December 11, 2007, 4:35 am, WASHINGTON, DC 20530**
- **Forwarded, December 06, 2007, 12:46 pm, WASHINGTON, DC**
- **Arrival at Unit, December 06, 2007, 12:44 pm, WASHINGTON, DC 20001**
- **Acceptance, November 30, 2007, 10:34 am, CHEVY CHASE, MD 20815**

   *< Back*                 *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

*Go >*

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    *Go >*

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA