UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **ROLA HAMANDI,** | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 1:07-CV-2153 (ESH) |
| **MICHAEL CHERTOFF, Director,** U.S. Department of Homeland Security, <u>et al.</u>, | ) |
| Respondents. | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for the Respondents in the above-captioned case.

Respectfully submitted,

   /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198  Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing Notice of Appearance to be sent by the Court's Electronic Case Filing System, this 8th day of February, 2008 to:

J. Michael Springmann PLLC
4619 Yuma Street N.W.,
Washington, D.C. 20016
springmannslaw@fcc.net

                                    /s/ Robin M. Meriweather
                              ROBIN M. MERIWEATHER