UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLA HAMANDI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-CV-2153 (ESH) |
| | ) |
| MICHAEL CHERTOFF, Director, | ) |
| U.S. Department of Homeland Security, et al., | ) |
| | ) |
| Respondents. | ) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Respondents Michael Chertoff, et al., through undersigned counsel, hereby request that the Court grant Respondents a 30-day enlargement of time to answer Petitoiner's Mandamus Complaint, making the Answer due March 12, 2008. Respondents' answer currently is due February 11, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Respondents contacted opposing counsel to obtain Petitioner's position on this motion. However, counsel for Petitioner had not yet responded as of the time this motion was filed.

This is an immigration case, arising out of a Form N-400 application for naturalization filed by Petitioner. The mandamus complaint asks the Court to compel USCIS to complete its adjudication of that naturalization application.

Respondents wish to answer the Complaint expeditiously. However, to prepare an answer, or otherwise respond to the complaint, the undersigned must consult with the Department of Homeland Security and the Federal Bureau of Investigations concerning Petitioner's factual allegations, and the facts that support any defense Respondents may raise.

Although the undersigned has made a good faith effort to obtain all necessary information in advance of the answer deadline, she has not yet received all of the necessary factual information from the Respondent agencies.  Accordingly, counsel for Respondents needs additional time to complete that factual investigation and review of the record, and to prepare Respondents' responsive pleading.

Respondents have not previously requested that this Court enlarge the time for filing any pleading.  There are no pending deadlines or court dates that this request for enlargement would affect.  Granting Respondents an additional 30 days to answer Petitioner's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Respondents respectfully request that the Court GRANT Respondents' Motion for Extension of Time to File Answer.

Dated: February 8, 2008

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion to be sent by the Court's Electronic Case Filing System, this 8th day of February, 2008 to:

J. Michael Springmann PLLC
4619 Yuma Street N.W.,
Washington, D.C. 20016
springmannslaw@fcc.net

                                             /s/ Robin M. Meriweather
                                        ROBIN M. MERIWEATHER

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
**ROLA HAMANDI,**                         )
                                          )
      **Petitioner,**         )
                                          )
   **v.**                              ) Civil Action No. 1:07-CV-2153 (ESH)
                                          )
                                          )
**MICHAEL CHERTOFF, Director,**           )
**U.S. Department of Homeland Security, et al.,** )
                                          )
      **Respondents.**         )
_____)

**ORDER**

Upon consideration of Respondents' Motion for Extension of Time to File Answer, it is this _____ day of _____, 2008,

ORDERED that Respondents' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Respondents' shall submit an Answer or otherwise respond to the Complaint by March 12, 2008.

SO ORDERED.

                                                                                     _____
                                                                                      United States District Judge