U.S. DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

Rola HAMANDI     *
1816 S.W. 4th Avenue
Pompano Beach, Fla. 33060,     *
           Petitioner
    *

       v.                                                CA No. 1:07-CV-2153 ESH
    *

Michael CHERTOFF, Secretary
U.S. Department of Homeland Security     *
425 Murray Drive; Building 410
Washington, D.C. 20528,     *
           Respondent
    *

Emilio T. GONZALEZ, Ph.D., Director
U.S. Citizenship & Immigration Services     *
20 Massachusetts Avenue N.W.
Washington, D.C. 20529,     *
           Respondent
    *

Robert S. MUELLER III, Director
Federal Bureau of Investigation     *
935 Pennsylvania Avenue N.W.
Washington, D.C. 20525,     *
           Respondent

**MOTION TO STRIKE PLEADING**

COMES NOW THE PETITIONER, Rola Hamandi, and moves this Honorable Court to strike the government's Motion for Enlargement of Time to File Answer. As reasons for such, Mrs. Hamandi states the following:

1. Assistant U.S. Attorney Robin M. Meriweather does not need, as she claims, to consult the Department of Homeland Security (DHS), the Federal Bureau of Investigation (FBI),

or the U.S. Citizenship and Immigration Services (USCIS) regarding any of Petitioner Hamandi's factual allegations or any facts that might support any defenses that Respondents could possibly have.

2. The facts and allegations of this case are quite similar to the facts and allegations of another case before Judge Ricardo Urbina of this Honorable Court, 1:07-cv-01278 RMB, an action Petitioning for a Writ of Mandamus to compel the United States to fulfill its obligations and adjudicate that Petitioner's application for citizenship, pending nearly two (2) years, an action in which Assistant U.S. Attorney Meriweather is also defending the same Respondents' outrageous delay in deliberately withholding settlement of that Petitioner's application. Assistant U.S. Attorney Meriweather has spent hours of the Undersigned's time and thousands of his client's dollars deliberately delaying resolution of that matter. Attorney U.S. Attorney Meriweather has already consulted with DHS, the FBI, and USCIS about the reasons for that case's delay, i.e., the inability or unwillingness of Respondents to move forward and complete the background investigation required for USCIS to schedule a citizenship interview--the very point of contention in the instant case. Additionally, in that other dispute, Assistant U.S. Attorney Meriweather has submitted extensive affidavits from the FBI and USCIS claiming that they can neither expedite a background check nor deal with the thousands of situations they presently are working on. This is in addition to voluminous pleadings that this Honorable Court has no jurisdiction in citizenship matters.

3. Moreover, the facts and allegations of these two cases are markedly simply to many others around the country, including a class action Mandamus Petition now pending in the 9th Circuit, Case No. SACV 07-1394. It is the apparent policy of the U.S. Justice Department to

vigorously oppose any efforts to seek prompt adjudication of naturalization applications in the hopes of forcing litigants to give up and submit to waiting years to become U.S. Citizens, thus forfeiting many important rights.

    4. Most egregiously, Assistant U.S. Attorney Meriweather DID NOT, REPEAT NOT, attempt to contact the Undersigned pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, as claimed in the first paragraph of her Motion for Enlargement of Time. The Undersigned DID NOT, REPEAT NOT, receive an E-mail or fax attempting to obtain Petitioner's position on that Motion from her Counsel. Additionally, Assistant U.S. Attorney Meriweather DID NOT, REPEAT NOT telephone the Undersigned to obtain Petitioner's position on that Motion. The Undersigned has Caller ID on his instrument and a review of calls from February 4 through February 8 did not show that he was telephoned by Assistant Attorney U.S. Attorney Meriweather or any other agency of the U.S. government, other than a contact at the U.S. Government Accountability Office with whom he has spoken regarding these deliberate and entirely unwarranted delays of legitimate applications for citizenship.

    5. Assistant Attorney Meriweather's Motion appears to be designed to cause unnecessary delay in and needlessly increase the cost of this litigation. Moreover, the Motion in question is, as noted above, entirely frivolous since Assistant Attorney Meriweather well knows the Respondents' position on adjudicating delays in Citizenship applications.

    WHEREFORE, for the foregoing reasons, Petitioner Hamandi respectfully requests this Honorable Court to forthwith strike the government's pleading for an Enlargement of Time to File Answer and to grant her Petition for a Writ of Mandamus.

February 10, 2008						Respectfully submitted,

									Rola Hamandi

									By Counsel

									J. Michael Springmann
									Law Office of J. Michael Springmann PLLC
									4619 Yuma Street N.W.
									Washington, D.C. 20016
									Tel. (202) 686-4869
									Fax (202) 966-1254
									E-Mail: springmannslaw@fcc.net
									U.S. District Court Bar No. 465099

U.S. DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

Rola HAMANDI                                    *
1816 S.W. 4th Avenue
Pompano Beach, Fla. 33060,                      *
          Petitioner
                                           *

v.
                                           *      CA No. 1:07-CV-2153 ESH

Michael CHERTOFF, Secretary
U.S. Department of Homeland Security           *
425 Murray Drive; Building 410
Washington, D.C. 20528,                        *
          Respondent
                                           *

Emilio T. GONZALEZ, Ph.D., Director
U.S. Citizenship & Immigration Services        *
20 Massachusetts Avenue N.W.
Washington, D.C. 20529,                        *
          Respondent
                                           *

Robert S. MUELLER III, Director
Federal Bureau of Investigation                *
935 Pennsylvania Avenue N.W.
Washington, D.C. 20525,                        *
          Respondent

**ORDER**

      Upon consideration of Petitioner Hamandi's Motion to Strike as well as her initial Petition for the Writ of Mandamus, it is this _____ day of _____, 2008

ORDERED

      that Respondent's Motion for Extension of Time to File Answer be and hereby is denied, and it is further

ORDERED

that Mrs. Hamandi's Petition for a Writ of Mandamus be and hereby is granted, and it is further

ORDERED

that Respondents pay all reasonable attorneys fees and costs under the Equal Access to Justice Act (5 U.S.C. § 504; 28 U.S.C. § 2412) because Respondents' positions were not substantially justified.

```
                                    _____
                                    Ellen S. Huvelle
                                    U.S. District Judge
```

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2008, I served electronically, through the Court's Electronic Case filing system, the U.S. Attorney for the District of Columbia, Jeffrey A. Taylor, located at 555 4th Street N.W.; Washington, D.C. 20530 with a true and correct copy of the foregoing Motion to Strike and Order.

Michael Springmann