UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ROLA HAMANDI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-CV-2153 (ESH) |
| | ) |
| MICHAEL CHERTOFF, Director, | ) |
| U.S. Department of Homeland Security, et al., | ) |
| | ) |
| Defendants. | ) |

**OPPOSITION TO MOTION TO STRIKE AND REPLY IN SUPPORT OF
DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Defendants requested a 30-day enlargement of time in which to answer Plaintiff's Mandamus Complaint, making the Answer due March 12, 2008. See Dkt. Entry 8. Instead of submitting an opposition memorandum, Plaintiff filed a motion to strike the enlargement motion. See Dkt. Entry 9. The motion to strike consists largely of unfounded attacks on the integrity of counsel for Defendants, and should be denied. Defendants' enlargement motion should be granted for the good cause shown in their motion.

Plaintiff's motion identifies no legitimate grounds for striking Defendants' enlargement motion. Federal Rule of Civil Procedure 6(b) permits the Court to enlarge deadlines if a party so moves. See Fed. R. Civ. P. 6(b)(1). In accordance with that rule, Defendants sought a 30-day enlargement of the deadline for filing an answer. See Dkt. Entry 7. That motion complied with the notice requirements of Local Civil Rule 7(m), notwithstanding Plaintiff's repeated assertions to the contrary. Specifically, on the morning of February 8, 2008, the undersigned sent an email to counsel for Plaintiff, requesting Plaintiff's position on the enlargement motion. See Exh. 1.

That email was sent to the email address reflected on the docket sheet and which the undersigned has previously used to communicate with Plaintiff in another matter; the undersigned has not received a notification from the email system indicating that the message was undeliverable or failed to reach Plaintiff's counsel's email address.  Thus, the enlargement motion was consistent with all applicable procedural rules, and was properly filed.  While Plaintiff apparently believes that the enlargement is unnecessary and opposes the enlargement request, that does not provide a basis for striking the motion.

As explained in Defendants' enlargement motion, Defendants seek an enlargement of time because counsel for Defendants has not yet received all of the necessary factual information from the Respondent agencies.  Specifically, the undersigned Assistant United States Attorney has not yet received a factual summary or declaration from United States Citizenship and Immigration Services ("USCIS") concerning the status of Plaintiff's application.  The undersigned hoped to obtain that information sufficiently in advance of the current deadline to prepare and file Defendants' answer or a 12(b) motion by February 11, 2008.  However, the USCIS attorney originally assigned to this case no longer works for the agency, and the new USCIS agency counsel has not yet completed her review of the file and her consultation with the USCIS staff adjudicating the application.  Given that Plaintiff's complaint alleges that USCIS has unreasonably delayed its adjudication of Plaintiff's naturalization application, those facts are critical to Defendants' responsive pleading.  For those reasons, there is good cause to grant Defendants an additional 30 days in which to respond to the complaint.

The fact that other plaintiffs have filed mandamus actions which the Department of Justice has defended is irrelevant to this enlargement request.  The undersigned filed a notice of

substitution of counsel, and submitted a summary judgment opposition and cross-motion, in Jevremovic v. Chertoff, No. 07-1278 (RMU).[1]  Plaintiff's counsel represents Jevremovic, and the Jevremovic complaint is similar to the complaint in the instant matter.  However, the USCIS declaration submitted in Jevremovic— which was originally attached to the motion to dismiss — addresses the application of Jela Jevremovic, and says nothing about Rola Hamandi's naturalization application.  Thus the fact that the undersigned has a copy of the declaration from that case, and prepared a summary judgment brief based in part on that declaration, does not contradict the undersigned's prior statement that she had " not yet received all of the necessary factual information from the Respondent agencies" concerning this case.  Dkt. Entry 8.

## CONCLUSION

Plaintiff's motion to strike Defendants' Motion for Enlargement of time should be DENIED, and Defendants' enlargement motion should be GRANTED for the good cause shown therein and discussed above.

Dated: February 11, 2008          Respectfully submitted,

     /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

     /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

---

[1] A former Special Assistant United States Attorney prepared the 12(b)(1) motions and briefs submitted in Jevremovic, and the undersigned entered her appearance after the reply brief was filed.

      /s/   Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing to be sent by the Court's Electronic Case Filing System, this 11th day of February, 2008 to:

J. Michael Springmann PLLC
4619 Yuma Street N.W.,
Washington, D.C. 20016
springmannslaw@fcc.net

                                    /s/ Robin M. Meriweather
                              ROBIN M. MERIWEATHER

**Meriweather, Robin (USADC)**

| | |
|---|---|
| From: | Meriweather, Robin (USADC) |
| Sent: | Friday, February 08, 2008 11:37 AM |
| To: | 'springmannslaw' |
| Subject: | Rola HAMANDI, 1:07-CV-02153 (DDC) |

Mr. Springmann

I am the AUSA assigned to the Hamandi mandamus action. Our answer is due Monday, 2/11, which is the 60th day after the US Attorney's Office was served. I have not yet received the factual information that I need from USCIS to prepare our answer or response to the complaint, and as a result intend to seek a 30-day extension of time in which to file our answer. Please let me know what your client's position will be on this motion.

Thank you

Robin Meriweather

ROBIN M. MERIWEATHER
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Email: Robin.Meriweather2@usdoj.gov

1

**Meriweather, Robin (USADC)**

| | |
|---|---|
| **Full Name:** | Michael Springman |
| **Last Name:** | Springman |
| **First Name:** | Michael |
| **Company:** | Law Office of J. Michael Springmann |
| **Business:** | 202 686 4869 |
| **E-mail:** | springmannslaw@fcc.net |
| **E-mail Display As:** | springmannslaw |