UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLA HAMANDI,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-CV-2153 (ESH) |
| | ) |
| **MICHAEL CHERTOFF, Director,** | ) |
| U.S. Department of Homeland Security, et al., | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff, et al., through undersigned counsel, hereby request that the Court grant Respondents a 15-day enlargement of time to answer Plaintiff's Mandamus Complaint, making the Answer due June 4, 2008. In light of the Court's denial of Defendants' motion to dismiss, Defendants' answer currently is due May 20, 2008, by operation of Federal Rule of Civil Procedure 12(a)(4). In accordance with Local Rule 7(m), counsel for Defendants contacted opposing counsel to obtain Plaintiff's position on this motion. Plaintiff does not oppose this enlargement.

This is an immigration case, arising out of a Form N-400 application for naturalization filed by Plaintiff. The mandamus complaint asks the Court to compel USCIS to complete its adjudication of that naturalization application. Defendants filed a motion to dismiss, which this Court denied.

Defendants wish to answer the Complaint expeditiously. However, counsel for Defendants will be out of the office May 15 through May 23, for foreign travel, and therefore will be unable to submit the answer on May 20, 2008. May 26, 2008 is a federal holiday, and the

undersigned will be in Chicago, Illinois for depositions May 28 through May 30, 2008. As a result of those scheduling conflicts, Defendants request that the deadline for their answer be extended by fifteen days, up to and including June 4, 2008.

Defendants have requested one prior enlargement of the answer deadline (before filing their motion to dismiss), which this Court granted. This enlargement request should not affect the status conference set for June 2, 2008. Granting Defendants an additional 15 days to answer the Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT their Motion for Extension of Time to File Answer.

Dated: May 14, 2008

                                              Respectfully submitted,

                                              /s/
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                              /s/
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                         /s/ Robin M. Meriweather
                                        ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C.  20530
                                        Phone: (202) 514-7198
                                        Fax: (202) 514-8780
                                        Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing Motion to be sent by the Court's Electronic Case Filing System, this 14th day of May 2008 to:

J. Michael Springmann PLLC
4619 Yuma Street N.W.,
Washington, D.C. 20016
springmannslaw@fcc.net

                                                    /s/ Robin M. Meriweather
                                          ROBIN M. MERIWEATHER

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ROLA HAMANDI,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 1:07-CV-2153 (ESH) |
| **MICHAEL CHERTOFF, Director,** | ) |
| **U.S. Department of Homeland Security, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of Respondents' Motion for Extension of Time to File Answer, it is this _____ day of _____, 2008,

ORDERED that Respondents' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Respondents' shall submit an Answer or otherwise respond to the Complaint by June 4, 2008.

SO ORDERED.

_____
United States District Judge